# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KRISTY HENDERSON,<br><br>        Plaintiff(s),<br><br>vs.<br><br>JON BONEVENTURA, et al.,<br><br>        Defendant(s). | Case No. 2:13-cv-01921-RCJ-NJK<br><br>ORDER DENYING<br>MOTION TO SEAL<br><br>(Docket No. 61) |

Pending before the Court is Plaintiff's motion to seal. Docket No. 61. Plaintiff seeks to file exhibits and a declaration under seal for her planned objection to the Court's January 24, 2014, Order (Docket No. 60) under seal. Docket No. 61. Plaintiff has not, however, filed the unredacted versions of those documents on the docket as required by Local Rule 10-5(b). That rule provides:

> Unless otherwise permitted by statute, rule or prior Court order, papers filed with the Court under seal shall be accompanied by a motion for leave to file those documents under seal, and shall be filed in accordance with the Court's electronic filing procedures. If papers are filed under seal pursuant to prior Court order, the papers shall bear the following notation on the first page, directly under the case number: "FILED UNDER SEAL PURSUANT TO COURT ORDER DATED _____." All papers filed under seal will remain sealed until such time as the Court may deny the motion to seal or enter an order to unseal them, or the documents are unsealed pursuant to Local Rule.

Local Rule 10-5(b).

. . .

. . .

1 | By failing to file the unredacted documents on the docket, Plaintiff has deprived the Court of the ability to review those documents and to determine whether they should be filed under seal.

Accordingly, the instant motion is DENIED without prejudice.

IT IS SO ORDERED.

DATED: February 4, 2014.

_____
NANCY J. KOPPE
United States Magistrate Judge