1  T. LOUIS PALAZZO, ESQ.
   Nevada Bar No. 4128
2  PALAZZO LAW FIRM
   A PROFESSIONAL LAW CORPORATION
3  520 South Fourth Street, Second Floor
   Las Vegas, Nevada 89101
4  Tele: 702-385-3850
   Fax: 702-385-3855
5
   ALLEN LICHTENSTEIN, ESQ.
6  Nevada Bar No. 3992
   3315 Russell Road, No. 222
7  Las Vegas, Nevada 89120
   Tele: 702-433-2666
8  Fax: 702-433-9591

9  *Attorneys for Plaintiff*
   *Kristy Henderson*



10                IN THE UNITED STATES DISTRICT COURT

11                          DISTRICT OF NEVADA

12 KRISTY HENDERSON,                        CASE NO.:   2:13-CV-01921-RCJ-VCF
13                Plaintiff,
14 vs.
15 JOHN BONAENTURA, individually and in
   his official capacity as Constable of the Las
16 Vegas Township; LOU TOOMIN, individually
   and in his official capacity as Deputy of the
17 Las Vegas Township Constable; THE LAS
   VEGAS TOWNSHIP CONSTABLE'S
18 OFFICE, a public entity; CLARK COUNTY,
   a political subdivision of the State of Nevada;
19 DOE INDIVIDUALS I-X; and ROE
   ENTITIES XI-XX,
20                Defendants.

21                      **SUBSTITUTION OF ATTORNEY**

22     **IT IS HEREBY STIPULATED and AGREED** that T. LOUIS PALAZZO, ESQ., of

23 PALAZZO LAW FIRM, A PROFESSIONAL LAW CORPORATION, and ALLEN

24 LICHTENSTEIN, ESQ., be substituted in the place and stead of ANDREW L. REMPFER, ESQ.,

25 of COGBURN LAW OFFICES, as counsel for Plaintiff, KRISTY HENDERSON.

26 / / /

27 / / /

28 / / /

1     The undersigned hereby consent to be substituted as the counsel for Plaintiff, KRISTY HENDERSON.

DATED this **21** day of February, 2014.       DATED this **24** day of February, 2014.

PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION

_____       _____
T. LOUIS PALAZZO, ESQ.      ALLEN LICHTENSTEIN, ESQ.
Nevada Bar No. 4128      Nevada Bar No. 3992
520 South Fourth Street, Second Floor      3315 Russell Road, No. 222
Las Vegas, Nevada 89101      Las Vegas, Nevada 89120

    The undersigned hereby consents to the substitution of T. LOUIS PALAZZO, ESQ., of PALAZZO LAW FIRM, A PROFESSIONAL LAW CORPORATION, and ALLEN LICHTENSTEIN, ESQ., as counsel for Plaintiff, KRISTY HENDERSON, in the place and stead of ANDREW L. REMPFER, ESQ., of COGBURN LAW OFFICES.

DATED this __25__ day of February, 2014.

COGBURN LAW OFFICES

/s/ Andrew L. Rempfer
_____
ANDREW L. REMPFER, ESQ.
Nevada Bar No. 8628
2879 St. Rose Parkway, Suite 200
Henderson, Nevada 89052

    The undersigned hereby consents to the withdrawal of ANDREW L. REMPFER, ESQ., of COGBURN LAW OFFICES, as counsel of record and further consents to the substitution of T. LOUIS PALAZZO, ESQ., of PALAZZO LAW FIRM, A PROFESSIONAL LAW CORPORATION, and ALLEN LICHTENSTEIN, ESQ., as counsel for Plaintiff, KRISTY HENDERSON.

DATED this _____ day of February, 2014.

_____
KRISTY HENDERSON

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KRISTY HENDERSON,<br><br>              Plaintiff,<br>vs.<br><br>JOHN BONAENTURA, individually and in his official capacity as Constable of the Las Vegas Township; LOU TOOMIN, individually and in his official capacity as Deputy of the Las Vegas Township Constable; THE LAS VEGAS TOWNSHIP CONSTABLE'S OFFICE, a public entity; CLARK COUNTY, a political subdivision of the State of Nevada; DOE INDIVIDUALS I-X; and ROE ENTITIES XI-XX,<br><br>              Defendants. | CASE NO.:  2:13-CV-01921-RCJ-VCF |

## ORDER GRANTING SUBSTITUTION OF ATTORNEY

The substitution of T. LOUIS PALAZZO, ESQ., of PALAZZO LAW FIRM, A PROFESSIONAL LAW CORPORATION, and ALLEN LICHTENSTEIN, ESQ., in the place and stead of ANDREW L. REMPFER, ESQ., of COGBURN LAW OFFICES, as counsel for Plaintiff, KRISTY HENDERSON is hereby granted and so ORDERED.

DATED this 25th day of February, 2014.

                                                                                                                                     UNITED STATES ~~DISTRICT COURT~~ JUDGE
                                                                                                                                                      Magistrate

Respectfully submitted by:

PALAZZO LAW FIRM
A PROFESSIONAL LAW CORPORATION

T. LOUIS PALAZZO, ESQ.
Nevada Bar No. 4128
520 South Fourth Street
Las Vegas, Nevada 89101

ALLEN LICHTENSTEIN, ESQ.
Nevada Bar No. 3992
3315 Russell Road, No. 222
Las Vegas, Nevada 89120

1 **CERTIFICATE OF SERVICE**

2   It is hereby certified that on the 25 day of February, 2014, a true and correct copy of the

3 SUBSTITUTION OF ATTORNEY served upon all parties of record, *via* CM/ECF.

4

5

6   _/s/ [signature]_
    An Employee of Palazzo Law Firm, PC

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28